# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0572
LT Case No. 2018-CF-000870-A

_____

MATTHEW COLLITO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew Collito, Bowling Green, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca
Rock Mcguigan and Samuel Perrone, Assistant Attorneys
General, Daytona Beach, for Appellee.

July 30, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____